IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANNE CHARLES** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **QVC, INC. and SPECTRUM BRANDS, INC.** | : | NO. 24-6703 |

## ORDER

**NOW**, this 10th day of June, 2025, upon consideration of Defendants' Motion to Dismiss Pursuant to the *Forum Non Conveniens* Doctrine (Doc. No. 13), the plaintiff's response, and the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.