## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANNE CHARLES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **QVC, INC. and SPECTRUM BRANDS, INC.** | : | **NO. 24-6703** |

### ORDER

**NOW**, this 6th day of January, 2026, upon consideration of Defendants' Motion to Determine Choice of Law (Doc. No. 43), and plaintiff's response, it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that the substantive law of Pennsylvania will apply.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.